IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-51345-jrs |
| LARRY DARNELL GORE, JR., | CHAPTER: 13 |
| Debtor. | JUDGE: JAMES R. SACCA |

### NOTICE OF LOAN FORBEARANCE AGREEMENT

Navy Federal Credit Union (hereinafter "Creditor"), secured creditor of the above entitled Debtor(s), hereby provides notice that Creditor and Debtor(s) have entered into a Forbearance Agreement due to the impact of COVID-19. The Forbearance Agreement relates to the loan ending in ******3021, hereinafter "Loan", which is secured by the real property located at 198 Melody Lane, Lawrenceville, Georgia 30043. Under the Forbearance Agreement, payments due under the Loan are suspended beginning with the payment due on February 1, 2021 through and including the payment due April 1, 2021.

This Notice does not constitute an amendment and/or modification of the Loan. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtor(s) or Debtor(s)' counsel to determine when Debtor(s) will be able to resume making mortgage payments and when/how the Debtor(s) will cure the delinquency created by the forbearance period ("forbearance arrears"). Once the forbearance plan ends and the Creditor and Debtor(s) or Debtor(s)' counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other

than non-payment of the Mortgage.

This Notice does not constitute an amendment or modification to the Debtor(s)' plan of reorganization, and does not relieve the Debtor(s) of the responsibility to amend or modify the plan of reorganization to reflect the Forbearance Agreement, if required.

                                                    Respectfully submitted,

Dated: March 3, 2021                              ALDRIDGE PITE, LLP

                                                    /s/Andrew H. McCullen
                                                    Andrew H. McCullen, Bar No.: 872658
                                                    Attorney for Creditor Navy Federal Credit Union
                                                    Aldridge Pite, LLP
                                                    Fifteen Piedmont Center
                                                    3575 Piedmont Road, N.E., Suite 500
                                                    Atlanta, GA 30305
                                                    Phone: (404) 994-7400
                                                    Fax: (619) 590-1385
                                                    Email: amccullen@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 21-51345-JRS |
| LARRY DARNELL GORE, JR., | Chapter 13 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

This is to certify that on this day I electronically filed the foregoing **Notice of Forbearance Agreement** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

John Gerard Brookhuis                              Nancy J. Whaley

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

Larry Darnell Gore, Jr.
198 Melody Lane
Lawrenceville, GA 30043

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

| | |
|---|---|
| Dated: March 3, 2021 | /s/Andrew H. McCullen |
| | Andrew H. McCullen, Bar No.: 872658 |
| | Attorney for Navy Federal Credit Union |
| | Aldridge Pite, LLP |
| | Fifteen Piedmont Center |
| | 3575 Piedmont Road, N.E., Suite 500 |
| | Atlanta, GA 30305 |
| | Phone: (404) 994-7400 |
| | Fax: (619) 590-1385 |
| | Email: amccullen@aldridgepite.com |