Debtor's Name (If Joint Case - Both Names): Larry D. Gore
Case Number: A21-51345-JRS
Current Address: 198 Melody Lane, Lawrenceville GA 30043

## DEBTOR QUESTIONNAIRE
### THIS DOCUMENT WILL BE FILED WITH THE U.S. BANKRUPTCY COURT

1) Did you receive a copy of the Rights and Responsibilities Statement? **(Yes)** No
   a. Did you read and understand it? **(Yes)** No
2) Did you receive a copy of the Section 527 & Section 342 Debt Relief Agency Disclosure Notice? **(Yes)** No
   a. Did you read and understand them? **(Yes)** No
3) Did your Attorney explain the difference between Chapter 7 & Chapter 13 Bankruptcy? **(Yes)** No
4) Do you understand that you cannot obtain any new debt, credit, or financing of any kind while you are in without a Bankruptcy Court Order? **(Yes)** No
5) Do you understand that you cannot sell any property, transfer any property, and/or quit claim any property without a Bankruptcy Court Order? **(Yes)** No
6) Do you understand that you cannot refinance any property without a Bankruptcy Court Order? **(Yes)** No
7) Do you understand that your first full monthly plan payment is/was due 30 days from the day your case was filed? **(Yes)** No
8) If your plan payments are supposed to come out of your pay check, do you understand that you are responsible for making the payment directly to the Trustee until your employer begins withholding the money? **(Yes)** No
9) Do you understand that you are required to make your on-going post petition mortgage payments each month on time directly to the mortgage company? **(Yes)** No N/A
10) Do you understand that you are required to immediately notify your Attorney if you have a change of contact information during your case, for example a change of address and/or change of phone number? **(Yes)** No
11) Do you understand that you are required to submit a copy of your full TAX RETURN to the Trustee each and every year that you are in your case? **(Yes)** No
    Does your Chapter 13 plan require turnover of your federal TAX REFUND to the Trustee? Yes **(No)**
12) Do you understand that you are required to immediately notify your Attorney if you have any change in your financial situation during your case and this may require updating your schedules (i.e. Increased or Decreased Household Income of any kind, Loss of Employment, and/or New Employment)? **(Yes)** No
13) Do you understand that if you receive Objections to Confirmation and Request for Dismissal of your case, you must contact your Attorney immediately to resolve the problems in your case? **(Yes)** No
14) How long have you lived in the State of Georgia? 9 years

I declare under penalty of perjury that the information provided in this questionnaire is true and correct. I understand each question and my attorney has explained all questions to me.

Larry D. Gore
**Print Name of Debtor**

X _Larry D. Gore_ (signature)
**Signature of Debtor**

_____
**Print Name of Joint Debtor**

X _____
**Signature of Joint Debtor**

John Brookhuis
**Print Name of Attorney**

X _(signature)_
**Signature of Attorney**