IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| LARRY DARNELL GORE, JR., | ) | NO.: 21-51345-JRS |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW MidFirst Bank (herein, "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 198 Melody Ln, Lawrenceville, GA 30043 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 26) (the "Plan").

1.

Debtor's Plan fails to provide for full payment of Creditor's estimated prepetition arrearage claim of $13,077.60 and Debtor lists the arrears as $0. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

2.

Debtor lists they have applied for a loan modification with Creditor but fails to treat arrears until/if the loan modification is granted.

3.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

/s/Maria Tsagaris
Maria Tsagaris
GA BAR NO. 143071
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Maria.Tsagaris@mccalla.com

In Re:                                                      Bankruptcy Case No.:   21-51345-JRS13

       Larry Darnell Gore, Jr.

                                                             Chapter:                13

                                                             Judge                       James R. Sacca

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Larry Darnell Gore, Jr.
198 Melody Lane
Lawrenceville, GA 30043

John Gerard Brookhuis                      *(served via ECF Notification)*
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

Nancy J. Whaley, Trustee                    *(served via ECF Notification)*
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    8/31/21          By:     */s/Maria Tsagaris*
                         (date)                       Maria Tsagaris
                                                    GA BAR NO. 143071
                                                    Attorney for Creditor