## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:                                          CHAPTER 13
Larry Darnell Gore, Jr.,
        Debtor.                                 CASE NO. 21-51345—jrs

### NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307(a)

Under section 1307(a) of the Bankruptcy Code, Debtor is entitled to convert this Chapter 13 case to a case under Chapter 7 at any time, and Debtor now wishes to convert this Chapter 13 case to a case under Chapter 7.

WHEREFORE, Debtor, pursuant to Rule 1017(f)(3) of the Federal Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

**Brookhuis Law LLC**

/s/_____
John Brookhuis Attorney for Debtor
GA Bar # 940484
PO Box 17919
Atlanta, GA 30316
(678) 390-8070
john@brookhuislaw.com

/s/_____
Larry Darnell Gore, Jr.