# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>LARRY DARNELL GORE, JR.<br><br>Debtor(s) | Case No. A21-51345-JRS |

## STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 02/17/2021.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/27/2021.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,796.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,425.00 |
| Less amount refunded to debtor | $3,075.35 |

**NET RECEIPTS:** $7,349.65

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $677.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,177.65

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY BANK | Secured | 47,090.00 | 45,986.79 | 45,986.79 | 4,172.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. BY | Unsecured | 3,792.00 | 3,850.86 | 3,850.86 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | NA | 4,553.14 | 4,553.14 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,993.00 | 2,003.34 | 2,003.34 | 0.00 | 0.00 |
| ECMC | Unsecured | 75,702.00 | 75,929.77 | 75,929.77 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVEN | Priority | 0.00 | 2,757.71 | 3,051.42 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,735.00 | 9,767.07 | 11,768.70 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | 469.00 | 509.11 | 509.11 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 2,109.00 | 1,932.18 | 1,932.18 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 5,978.00 | 5,913.36 | 5,913.36 | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 0.00 | NA | 13,077.60 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, LLC. ON BEI | Unsecured | 17,381.00 | 18,781.13 | 18,781.13 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 24,179.00 | 24,405.93 | 24,405.93 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 15,436.00 | 15,331.21 | 15,331.21 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 24,998.00 | 25,028.35 | 25,028.35 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 24,949.00 | 24,834.41 | 24,834.41 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 1,088.00 | 1,099.14 | 1,099.14 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 702.00 | 758.07 | 758.07 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT | Unsecured | NA | 6,029.56 | 6,029.56 | 0.00 | 0.00 |
| FRONTPOINT SECURITY SOLUTIOI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GRAIN TECHONOLGY INC | Unsecured | 1,010.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE/NEIMAN MARCUS | Unsecured | 4,418.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE/SAKS FIFTH | Unsecured | 7,045.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CARD/FB&T | Unsecured | 5,902.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| ACIMA CREDIT, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/NECT | Unsecured | 12,699.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,942.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 3,373.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATIO | Unsecured | 8,122.00 | 7,528.66 | 7,528.66 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,077.60 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $45,986.79 | $4,172.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$59,064.39** | **$4,172.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $14,820.12 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$14,820.12** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$218,488.22** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,177.65 |
| Disbursements to Creditors | $4,172.00 |
| **TOTAL DISBURSEMENTS :** | **$7,349.65** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/19/2021                        By: /s/ Nancy Whaley
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A21-51345-JRS

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
LARRY DARNELL GORE, JR.
198 MELODY LANE
LAWRENCEVILLE, GA  30043

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
BROOKHUIS LAW, LLC

This the 19th day of October, 2021.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**