UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-51345-JRS |
| | : | |
| LARRY DARNELL GORE, JR., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On June 30, 2023, the Trustee sold real property of the estate known as 198 Melody Lane, Lawrenceville, GA 30043 ("**Property**") to Pho Huynh and Quoc Tran ("**Purchasers**") for $304,000.00 as ordered and approved by the Court on June 76, 2023 [Doc. No. 76].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchasers and has received net funds of $122,576.57 from the sale.

Respectfully submitted this 10th day of July, 2023.

                                          /s
Hays Financial Consulting, LLC        S. Gregory Hays
2964 Peachtree Road, N.W., Suite 555    Chapter 7 Trustee
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

Case 21-51345-jrs Doc 80 Filed 07/10/23 Entered 07/10/23 14:25:37 Desc Main
Document Page 2 of 4

## Seller's Settlement Statement



**CAMPBELL & BRANNON**
REAL ESTATE CLOSINGS

| | |
|---|---|
| **Settlement Date:** | 06/30/2023 |
| **Disbursement Date:** | 06/30/2023 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | |
| **Loan Type:** | Conventional Uninsured |
| **Borrower:** | Pho Huynh and Quoc Tran<br>657 Grafton St<br>Shrewsbury, MA 01545 |
| **Seller:** | S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Larry D. Gore. Jr.<br>2987 Clairmont Road<br>Suite 350<br>Atlanta, GA 30329 |
| **Property location:** | 198 Melody Lane<br>Lawrenceville, GA 30043 |
| **Tax Parcel No:** | R7029 347 |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 304,000.00 |
| Seller Credit | 500.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($2616.64) 01/01/23 - 06/30/23 | 1,290.40 | |
| **Commissions** | | |
| Commission- Buyer's Broker to US Great Homes Realty, LLC | 9,120.00 | |
| Commission- Seller's Broker to Humphries & King Realty, LLC | 9,120.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Midfirst BAnk | 62,006.69 | |
| Payoff of Second Mortgage Loan to Navy Federal Credit Union | 76,424.43 | |
| **Miscellaneous Debits/Credits** | | |
| Water balance to Gwinnett County Department of Water Resources | 116.49 | |
| Payment to Peachemaker Contractors, LLC | 13,983.89 | |
| Debtor's homestead exemption to Larry Gore | 8,861.53 | |
| **Subtotals** | 181,423.43 | 304,000.00 |
| Balance Due TO Seller | 122,576.57 | |

Printed on 07/06/23 at 10:49:26AM by dhammock

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Larry Darnell Gore, Jr.
198 Melody Lane
Lawrenceville, GA 30043

John Gerard Brookhuis
Brookhuis Law LLC
1350 Scenic Hwy
Ste 266
Snellville, GA 30078

This 10th day of July, 2023.

                                                  /s *S. Gregory Hays*
                                                  S. Gregory Hays
                                                  Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060