**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: GORE, LARRY DARNELL, JR.  § Case No. 21-51345-JRS
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 02/17/2021. The case was converted to one under Chapter 7 on 09/27/2021. The undersigned trustee was appointed on 09/27/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       304,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 152,415.01 |
| Administrative expenses | 20,146.89 |
| Bank service fees | 757.87 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 8,861.53 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 121,818.70 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/14/2022 and the deadline for filing governmental claims was 02/13/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,006.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,006.92, for a total compensation of $18,006.92[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $155.80 for total expenses of $155.80[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2023                             By: /s/ S. Gregory Hays
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 21-51345-JRS
**Case Name:** GORE, LARRY DARNELL, JR.
**For Period Ending:** 11/30/2023

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 09/27/2021 (c)
**§ 341(a) Meeting Date:** 11/02/2021
**Claims Bar Date:** 02/14/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 198 Melody Lane, Lawrenceville, GA 30043 | 185,000.00 | 157,194.00 | | 304,000.00 | FA |
| 2 | 2016 Land Rover Range Rover, 60000 miles<br>Notice of abandonment filed, Dkt # 46. | 44,650.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2011 Mercedes-Benz E350, 120000 miles<br>Notice of abandonment filed, Dkt # 46. | 7,625.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods and Furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes and Shoes | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Chase Bank | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Navy Federal Credit Union | 1,900.00 | 0.00 | | 0.00 | FA |
| 9 | Savings account: Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Nonpublic stock and businesses: The Gore Group LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401(k) or similar plan: 40lk | 3,800.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$248,726.00** | **$157,194.00** | | **$304,000.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 21-51345-JRS
**Case Name:** GORE, LARRY DARNELL, JR.

**For Period Ending:** 11/30/2023

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 09/27/2021 (c)
**§ 341(a) Meeting Date:** 11/02/2021
**Claims Bar Date:** 02/14/2022

**Major Activities Affecting Case Closing:**

Filed as Chapter 13 case on 2/17/21.  Converted to Chapter 7 on 9/27/21.

11/12/2021  Request to Set Claims Bar Date filed; Notice of Abandonment of 2016 Land Rover, Range Rover; 2011 Mercedes-Benz E350.

12/9/2021 - Trustee employed real estate agent to sell house.

3/18/2022 - Trustee files complaint against Michaelle Pretlow and Douglas Pretlow to cooperate in the sale of the real property.  Ultimately Defendants agree to cooperate.

5/11/2022 - Real property listed for sale for $385,000.

7/18/2022 - Real property price drop to $359,900.

9/14/22 - Discussions with buyer in the $335k - $340k range.

7/5/23 - Real property sold per Order, Dkt # 76.

7/20/23 - Final estate tax returns mailed.  Trustee will be submitting his final report shortly.

**Initial Projected Date Of Final Report (TFR):** 12/31/2023       **Current Projected Date Of Final Report (TFR):** 11/29/2023 (Actual)

| 11/30/2023 | /s/S. Gregory Hays |
|---|---|
| Date | S. Gregory Hays |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 21-51345-JRS | Trustee Name: | S. Gregory Hays (300320) | |
| Case Name: | GORE, LARRY DARNELL, JR. | Bank Name: | East West Bank | |
| Taxpayer ID #: | **-***7287 | Account #: | ******0575 Checking | |
| For Period Ending: | 11/30/2023 | Blanket Bond (per case limit): | $29,875,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/05/23 | | Campbell & Brannon IOLTA for Pho Huynh and Quoc Tran (Purchasers) | Sale of 198 Melody Lane, Lawrenceville, GA 30043 per Order, Dkt # 76. | | 122,576.57 | | 122,576.57 |
| | {1} | Pho Huynh and Quoc Tran | Gross Proceeds. Sale of 198 Melody Lane, Lawrenceville, GA 30043 per Order, Dkt # 76. $304,000.00 | 1110-000 | | | |
| | | Pho Huynh and Quoc Tran | Closing costs to purchaser, Paid per Order, Dkt # 76. -$500.00 | 2500-000 | | | |
| | | Gwinnett County Tax Commissioner | 2023 pro-rata property taxes, Paid per Order, Dkt # 76. -$1,290.40 | 2820-000 | | | |
| | | US Great Homes Realty LLC | Buyer's broker commission, Paid per Order, Dkt # 76. -$9,120.00 | 3510-000 | | | |
| | | Humphries & King Realty LLC | Seller's broker commission, Paid per Order, Dkt # 76. -$9,120.00 | 3510-000 | | | |
| | | Navy Federal Credit Union | Second position lien, Paid per Order, Dkt # 76. -$76,424.43 | 4110-000 | | | |
| | | Gwinnett County Department of Water Resources | Water bill, Paid per Order, Dkt # 76. -$116.49 | 2420-000 | | | |
| | | Larry Gore | Debtor's exemption per settlement (Dkt # 75) and paid per Sale Order, Dkt 76. -$8,861.53 | 8100-002 | | | |
| | | MidFirst Bank | First position lender, Paid per Order, Dkt # 76. -$62,006.69 | 4110-000 | | | |
| | | Peacemaker Contractors LLC | Materialmen's lien. Paid per Order, Dkt # 76. -$13,983.89 | 4120-000 | | | |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 144.06 | 122,432.51 |
| 08/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 215.86 | 122,216.65 |
| 09/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 189.34 | 122,027.31 |
| 10/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 208.61 | 121,818.70 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 122,576.57 | 757.87 | $121,818.70 |
| | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | Subtotal | | 122,576.57 | 757.87 | |
| | Less: Payments to Debtors | | | 8,861.53 | |
| | NET Receipts / Disbursements | | $122,576.57 | -$8,103.66 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

**Cash Receipts And Disbursements Record**

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 21-51345-JRS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | GORE, LARRY DARNELL, JR. | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***7287 | **Account #:** | ******0575 Checking |
| **For Period Ending:** | 11/30/2023 | **Blanket Bond (per case limit):** | $29,875,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $122,576.57 |
| Plus Gross Adjustments: | $181,423.43 |
| Less Payments to Debtor: | $8,861.53 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $295,138.47 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0575 Checking | $122,576.57 | -$8,103.66 | $121,818.70 |
| | **$122,576.57** | **-$8,103.66** | **$121,818.70** |

11/30/2023　　　　　　　　　　/s/S. Gregory Hays
_____　　　　　　　_____
Date　　　　　　　　　　　　　S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 21-51345-JRS LARRY D. GORE JR.

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Navy Federal Credit Union<br>P.O. Box 23800<br>Merrifield, VA 22119-3800<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>02/24/21 | | $67,796.51<br>$76,424.43 | $76,424.43 | $0.00 |
| | Paid at property closing. | | | | | |
| 8 | Ally Bank<br>P.O. Box 78367<br>Phoenix, AZ 85062<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>02/28/21 | | $45,986.79<br>$45,986.79 | $0.00 | $45,986.79 |
| | 2016 Land Rover. The Trustee did not administer the asset to which the creditor's lien attaches. Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 13 | Capital One Auto Finance, a division of Capital One, N.A.<br>P.O. Box 4360<br>Houston, TX 77210<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>03/16/21 | | $1,397.53<br>$1,397.53 | $0.00 | $1,397.53 |
| | Vehicle not administered. The Trustee did not administer the asset to which the creditor's lien attaches. Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| 16 | MidFirst Bank<br>MidFirst Bank, Bankruptcy Department<br>999 NW Grand Blvd.<br>Oklahoma City, OK 73118-6077<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>03/29/21 | | $45,652.80<br>$62,006.69 | $62,006.69 | $0.00 |
| | Paid at property sale closing. | | | | | |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/06/23 | | $18,006.92<br>$18,006.92 | $0.00 | $18,006.92 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 21-51345-JRS LARRY D. GORE JR.

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/06/23 | | $155.88<br>$155.80 | $0.00 | $155.80 |
| ADM3 | Michael J. Bargar,<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>As Assignee and Agent of Arnall Golden Gregory | Administrative<br>08/01/23 | | $17,591.50<br>$17,591.50 | $0.00 | $17,591.50 |
| ADM4 | Michael J. Bargar,<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>As Assignee and Agent of Arnall Golden Gregory | Administrative<br>08/01/23 | | $46.26<br>$46.26 | $0.00 | $46.26 |
| ADM5 | Roundtree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Rd., Ste. 350<br>Atlanta, GA 30329<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>08/01/23 | | $11,199.00<br>$11,199.00 | $0.00 | $11,199.00 |
| ADM6 | Roundtree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Rd., Ste. 350<br>Atlanta, GA 30329<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>08/01/23 | | $440.85<br>$440.85 | $0.00 | $440.85 |
| ADM7 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>08/01/23 | | $2,112.50<br>$2,112.50 | $0.00 | $2,112.50 |

# Exhibit C

## Analysis of Claims Register

**Case: 21-51345-JRS LARRY D. GORE JR.**

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM8 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>08/01/23 | | $80.55<br>$80.55 | $0.00 | $80.55 |
| ADM9 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Costs><br>, 200<br>Per Order, Dkt #86. | Administrative<br>10/17/23 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| 5P-1 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD, NE SUITE 9100<br>ATLANTA, GA 30345<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Amended/Replaced by POC # 5-2 | Priority<br>02/23/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 5P-2 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD, NE SUITE 9100<br>ATLANTA, GA 30345<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Amends/replaces POC # 5-1 | Priority<br>02/23/21 | | $2,757.71<br>$2,757.71 | $0.00 | $2,757.71 |
| 11P-1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Amended/replaced by POC # 11-3. | Priority<br>03/11/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

### Case: 21-51345-JRS LARRY D. GORE JR.

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11P-2 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>03/11/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Amended/replaced by POC # 11-3. | | | | | |
| 11P-3 | Internal Revenue Service<br>P.O. Box 7317<br>P, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>03/11/21 | | $12,315.40<br>$12,315.40 | $0.00 | $12,315.40 |
| | Amends/replaces POC 11-1 an 11-2 | | | | | |
| 1 | Navy Federal CU<br>P.O.BOX 3000<br>MERRIFIELD, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/22/21 | | $15,331.21<br>$15,331.21 | $0.00 | $15,331.21 |
| 2 | Navy Federal CU<br>P.O.BOX 3000<br>MERRIFIELD, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/22/21 | | $24,834.41<br>$24,834.41 | $0.00 | $24,834.41 |
| 3 | Navy Federal CU<br>P.O.BOX 3000<br>MERRIFIELD, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/22/21 | | $25,028.35<br>$25,028.35 | $0.00 | $25,028.35 |
| 4 | Navy Federal CU<br>P.O.BOX 3000<br>MERRIFIELD, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/22/21 | | $24,405.93<br>$24,405.93 | $0.00 | $24,405.93 |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

### Case: 21-51345-JRS LARRY D. GORE JR.

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5U-1 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD, NE SUITE 9100<br>ATLANTA, GA 30345<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630<br>Amended/Replaced by POC # 5-2 | Unsecured<br>02/23/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 5U-2 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION, ARCS - BANKRUPTCY<br>1800 CENTURY BLVD, NE SUITE 9100<br>ATLANTA, GA 30345<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630<br>Amends/Replaces POC # 5-1. Subordinated. Fines and Penalties under 726(a)(4). | Unsecured<br>02/23/21 | | $293.71<br>$293.71 | $0.00 | $293.71 |
| 6 | Discover Bank<br>City<br>Number,<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/23/21 | | $2,003.34<br>$2,003.34 | $0.00 | $2,003.34 |
| 9 | Navient Solutions, LLC. on behalf of Navient Solutions, LLC.<br>U.S. Department of Education Servicing,<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/04/21 | | $18,781.13<br>$18,781.13 | $0.00 | $18,781.13 |
| 10 | ECMC<br>Lockbox #8682<br>P.O. Box 16478<br>St. Paul, MN 55116-0478<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/04/21 | | $75,929.77<br>$75,929.77 | $0.00 | $75,929.77 |
| 11U-1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Amended/replaced by POC # 11-3. | Unsecured<br>03/11/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 6

# Exhibit C

## Analysis of Claims Register

### Case: 21-51345-JRS LARRY D. GORE JR.

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11U-2 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Amended/replaced by POC # 11-3. | Unsecured<br>03/11/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 11U-3 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630<br>Amends/replaces POC 11-1 ad 11-2<br>Subordinated. Fines, Penalties under 726(a)(4) | Unsecured<br>03/11/21 | | $2,065.27<br>$2,065.27 | $0.00 | $2,065.27 |
| 12 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201-5227<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/11/21 | | $7,528.66<br>$7,528.66 | $0.00 | $7,528.66 |
| 14 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/17/21 | | $509.11<br>$509.11 | $0.00 | $509.11 |
| 15 | Capital One Bank (USA), N.A.<br>PO Box 71083, Number City<br>Charlotte,  28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/19/21 | | $3,850.86<br>$3,850.86 | $0.00 | $3,850.86 |
| 17 | Premier Bankcard, Llc<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/13/21 | | $758.07<br>$758.07 | $0.00 | $758.07 |

UST Form 101-7-TFR (5/1/2011)

Page: 7

# Exhibit C

## Analysis of Claims Register

### Case: 21-51345-JRS LARRY D. GORE JR.

Claims Bar Date: 02/14/22

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 18 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/20/21 | | $1,099.14<br>$1,099.14 | $0.00 | $1,099.14 |
| 19 | Quantum3 Group LLC as agent for Mercury Financial LLC<br>PO Box 2489<br>Kirkland, WA 98083<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Doc. #52 \| 12/03/2021 \| Withdrawal of Claim No. 19 filed by Quantum3 Group LLC as agent for. (Quantum3 Group, LLC) | Unsecured<br>04/20/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 20 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/21/21 | | $5,913.36<br>$5,913.36 | $0.00 | $5,913.36 |
| 21 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/21/21 | | $1,932.18<br>$1,932.18 | $0.00 | $1,932.18 |
| 22 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/23/21 | | $4,553.14<br>$4,553.14 | $0.00 | $4,553.14 |

Case Total:    $138,431.12    $327,258.45

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-51345-JRS
Case Name: LARRY D. GORE JR.
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 121,818.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Capital One Auto Finance, a division of Capital One, N.A. | 1,397.53 | 1,397.53 | 0.00 | 0.00 |
| 16 | MidFirst Bank | 45,652.80 | 62,006.69 | 62,006.69 | 0.00 |
| 7 | Navy Federal Credit Union | 67,796.51 | 76,424.43 | 76,424.43 | 0.00 |
| 8 | Ally Bank | 45,986.79 | 45,986.79 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 121,818.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 18,006.92 | 0.00 | 18,006.92 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,112.50 | 0.00 | 2,112.50 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 80.55 | 0.00 | 80.55 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - S. Gregory Hays | 155.80 | 0.00 | 155.80 |
| Attorney for Trustee Fees (Other Firm) - Michael J. Bargar | 17,591.50 | 0.00 | 17,591.50 |
| Attorney for Trustee Fees (Other Firm) - Roundtree Leitman Klein & Geer LLC | 11,199.00 | 0.00 | 11,199.00 |
| Attorney for Trustee Expenses (Other Firm) - Michael J. Bargar | 46.26 | 0.00 | 46.26 |
| Attorney for Trustee Expenses (Other Firm) - Roundtree Leitman Klein & Geer LLC | 440.85 | 0.00 | 440.85 |

Total to be paid for chapter 7 administrative expenses: $ 49,983.38
Remaining balance: $ 71,835.32

UST Form 101-7-TFR(5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 71,835.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,073.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P-1 | GEORGIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 5P-2 | GEORGIA DEPARTMENT OF REVENUE | 2,757.71 | 0.00 | 2,757.71 |
| 11P-1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 11P-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 11P-3 | Internal Revenue Service | 12,315.40 | 0.00 | 12,315.40 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 15,073.11 |
| Remaining balance: | $ 56,762.21 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $212,458.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Navy Federal CU | 15,331.21 | 0.00 | 4,096.01 |
| 2 | Navy Federal CU | 24,834.41 | 0.00 | 6,634.97 |
| 3 | Navy Federal CU | 25,028.35 | 0.00 | 6,686.78 |
| 4 | Navy Federal CU | 24,405.93 | 0.00 | 6,520.49 |
| 6 | Discover Bank | 2,003.34 | 0.00 | 535.23 |
| 9 | Navient Solutions, LLC. on behalf of | 18,781.13 | 0.00 | 5,017.72 |
| 10 | ECMC | 75,929.77 | 0.00 | 20,286.02 |
| 11U-1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 11U-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 12 | U.S. Bank National Association | 7,528.66 | 0.00 | 2,011.42 |
| 14 | JPMorgan Chase Bank, N.A. | 509.11 | 0.00 | 136.02 |
| 15 | Capital One Bank (USA), N.A. | 3,850.86 | 0.00 | 1,028.83 |
| 17 | Premier Bankcard, Llc | 758.07 | 0.00 | 202.53 |
| 18 | Portfolio Recovery Associates, LLC | 1,099.14 | 0.00 | 293.66 |
| 19 | Quantum3 Group LLC as agent for Mercury Financial LLC | 0.00 | 0.00 | 0.00 |
| 20 | LVNV Funding, LLC | 5,913.36 | 0.00 | 1,579.86 |
| 21 | LVNV Funding, LLC | 1,932.18 | 0.00 | 516.22 |
| 22 | Cavalry Spv I, LLC | 4,553.14 | 0.00 | 1,216.45 |

Total to be paid for timely general unsecured claims: $ 56,762.21
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,358.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5U-1 | GEORGIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 5U-2 | GEORGIA DEPARTMENT OF REVENUE | 293.71 | 0.00 | 0.00 |
| 11U-3 | Internal Revenue Service | 2,065.27 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)