Fill in this information to identify the case:

Debtor 1  Larry Darnell Gore, Jr.

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN    District of GEORGIA
(State)

Case number  21-51345-jrs

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** MIDFIRST BANK | **Court claim no. (if known):** 16-1 |
| **Last four digits** of any number you use to identify the debtor's account: XXXX0629 | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 3/29/2021, | (5) | $ 400.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: ___ | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review | 3/3/2021 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Larry Darnell Gore, Jr. | | Case number (*if known*) | 21-51345-jrs |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/Maria Tsagaris                    Date  7/14/2021
  Signature

Print:  Maria                Tsagaris              Title  Authorized Agent
        First Name    Middle Name    Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell            GA            30076
         City               State         ZIP Code

Contact phone  678-281-6532           Email  Maria.Tsagaris@mccalla.com

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page **2**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**In re:**  )
  )  **Case No.** 21-51345-jrs
Larry Darnell Gore, Jr.  )  **Chapter** 13
  )
  )  **JUDGE:** JAMES R. SACCA

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $250.00 |
| | 03/03/2021 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |
| Bankruptcy/Proof of Claim Fees | | | $400.00 |
| | 03/29/2021 | Preparation and Filing of Proof of Claim | $400.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                     **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:  Larry Darnell Gore, Jr.

Bankruptcy Case No.: 21-51345-jrs
Case: Chapter: 13
Judge: James R. Sacca

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Larry Darnell Gore, Jr.
198 Melody Lane
Lawrenceville, GA 30043

John Gerard Brookhuis               (served via ECF Notification)
Brookhuis Law, LLC
PO Box 17919
Atlanta, GA 30316

Nancy J. Whaley                     (served via ECF Notification)
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __7/14/2021__    By:  __/s/Maria Tsagaris__
             (date)                Maria Tsagaris
                                   Authorized Agent for MidFirst Bank